IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| DAVID LORENZA JOYNER, #1230707 | § § § | |
| v. | § § | CIVIL ACTION NO. G-06-366 |
| NATHANIEL QUARTERMAN, DIRECTOR OF TDCJ-CID | § § § | |

### FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED** with prejudice.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 8th day of March, 2007.

_____
Samuel B. Kent
United States District Judge